IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 15-100 |
| | : | |
| MARK HAYNES | : | |

## ORDER

**AND NOW**, this 27th day of April 2026, upon consideration of Defendant Mark Haynes's

Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 69), it is

**ORDERED** that, consistent with the accompanying Memorandum, the Motion is **DENIED**.

**IT IS SO ORDERED.**


BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**